# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE VARNELL, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security Adminstration, )<br>)<br>Defendant. ) | Case No. CIV-08-176-F |

## ORDER

On April 8, 2009, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that defendant's decision to deny plaintiff's concurrent applications for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i) 423, 1382, be affirmed.

Presently before the court is plaintiff's timely objections to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b), the court has conducted a de novo review of the matter. Having done so, the court concurs in the recommendation of Magistrate Judge Purcell. The court rejects plaintiff's arguments in support of the objections. The court therefore accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell issued on April 8, 2009 (doc. no. 30) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of Social Security Administration, denying plaintiff,

George Varnell's concurrent applications for disability insurance and supplemental security income benefits under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i) 423, 1382, is **AFFIRMED**.

DATED May 13, 2009.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

08-0176p003.wpd